UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

FRANKENMUTH INSURANCE
COMPANY,

    Plaintiff,

    v.                                                          Case No. 3:25-CV-975-CCB-JEM

SELECTIVE INSURANCE COMPANY
OF AMERICA,

    Defendant.

## ORDER

This matter is before the Court following Magistrate Judge John E. Martin's report and recommendation (ECF 14). Judge Martin recommended that the court grant Defendant Selective Insurance Company of America's Rule 12(b)(6) Motion to Dismiss (ECF 7) without prejudice, and order that Plaintiff has ninety days to file an amended complaint to allow appropriate time for mediation.

With no objection to the well-reasoned report and recommendation, the Court **ADOPTS** the report in its entirety and incorporates Magistrate Judge John E. Martin's recommendations into this order. (ECF 14). The Court **DISMISSES WITHOUT PREJUDICE** the claims of Plaintiff Frankenmuth Insurance Company. Plaintiff is **ORDERED** to file its amended complaint, if any, within ninety days.

SO ORDERED on May 14, 2026.

                                      */s/Cristal C. Brisco*
                                     CRISTAL C. BRISCO, JUDGE
                                     UNITED STATES DISTRICT COURT